IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES A. HALL**                                                            **PLAINTIFF**

v.                     **Case No. 5:15-cv-00192-KGB**

**B. KENNETH JOHNSON,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this date, it is considered, ordered, and adjudged that this action is dismissed. The Court dismisses with prejudice plaintiff James A. Hall's claims against separate defendants B. Kenneth Johnson, Teresa French, Don Glover. Bynum Gibson, Sam Pope, Thomas Dean, and Frank Stain. The Court dismisses without prejudice Mr. Hall's claims against separate defendant Beverley Burk.

SO ADJUDGED this the 4th day of November, 2015.

_____
Kristine G. Baker
United States District Judge